LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>SARAH A. GILLEN,<br><br>    Defendant | No. CV A 10-7655<br><br><br>CONSENT JUDGMENT |

  Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sarah A. Gillen, in the principal amount of $6,464.29 plus interest accrued to August 6, 2010, in the sum of $921.93; with interest accruing thereafter at $1.39 per day, until entry of judgment, for a total amount of **$7,386.22**.

DATED: 11/15/2010    By: TERRY NAFISI
                Clerk of the Court

                *[signature]*
                Deputy Clerk
                United States District Court